UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUDMILA RODRIGUES MACHADO,

Plaintiff,

v.

LA LUNA RHYTHMIC GYMNASTICS
ACADEMY, *et al.*,

Defendants.

Case No. C26-1518-JHC

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John H. Chun.

//

//

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

Dated this 14th day of May, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2