UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUDMILA RODRIGUES MACHADO,<br><br>Plaintiff,<br><br>v.<br><br>LA LUNA RYTHMIC GYMNASTICS ACADEMY and ARZU KARAALI,<br><br>Defendants. | CASE NO. 2:26-cv-01518-JHC<br><br>ORDER FOR APPOINTMENT OF COUNSEL |

This matter comes before the Court sua sponte. The Court previously considered and granted Plaintiff's motion for appointment of counsel. *See* Dkt. ## 9, 17. The Clerk of the Court has now identified counsel willing to represent Plaintiff.

IT IS ORDERED that Michael J. Ewart, Hillis Clark Martin & Peterson, 999 Third Ave., Ste. 4600, Seattle, WA 98104, is appointed to represent Plaintiff. Counsel is DIRECTED to make their appearance before the Court within seven (7) days of this order.

Dated this 10th day of September, 2026.

John H. Chun
United States District Judge