UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUDMILA RODRIGUES MACHADO,<br>Plaintiff,<br>v.<br>LA LUNA RYTHMIC GYMNASTICS ACADEMY and ARZU KARAALI,<br>Defendants. | CASE NO. 2:26-cv-01518-JHC<br>ORDER |

This matter comes before the Court on Plaintiff Ludmila Rodriguez Macahdo's Motion for Default. Dkt. # 18. Plaintiff moves for entry of default under Federal Rule of Civil Procedure 55(a). *See* Dkt. # 18. At the time the motion was filed, no counsel had appeared for either party. *See generally* Docket. Since filing the motion, Plaintiff has filed a notice of appearance listing counsel and Defendant has filed two notices of appearance listing counsel. *See* Dkt. ## 19, 21, 22. The Court believes that because of this recent docket activity, it may be reasonably possible for this case to be decided on the merits. *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986) ("[T]he general rule that default judgments are ordinarily disfavored. Cases should be decided upon their merits whenever reasonably possible."); *see also Quinteros v. InnoGames, 2020 WL 995854, at *3 (W.D. Wash. Mar. 2, 2020)* (sua sponte denying entry of

default where defendant could likely show excuse for any technical difficulty, defendant raised meritorious defense, and Plaintiff has not shown prejudice).

Accordingly, the Court ORDERS Defendants to SHOW CAUSE by October 6, 2026 why default should not be entered by this Court. If Defendants respond, Plaintiff may file a reply by October 14, 2026. The Clerk is directed to re-note the default motion for October 14, 2026.

Dated this 21st day of September, 2026.

John H. Chun
United States District Judge