UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUDMILA RODRIGUES MACHADO,

Plaintiff,

v.

LA LUNA RYTHMIC GYMNASTICS ACADEMY and ARZU KARAALI,

Defendants.

Case No. 2:26-cv-01518-JHC

**STIPULATED MOTION FOR DISMISSAL AND ORDER OF DISMISSAL**

**NOTE ON MOTION CALENDAR: NOVEMBER 20, 2026**

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated by and between Plaintiff Ludmila Rodrigues Machado and Defendants La Luna Rhythmic Gymnastics Academy, Inc. and Arzu Karaali, by and through their counsel of record, that Plaintiff Ludmila Rodrigues Machado dismisses all her claims with prejudice and without attorneys' fees and costs awarded to any party.

//

//

Dated this 20th day of November, 2026.

HILLIS CLARK MARTIN & PETERSON P.S.

By *s/ Michael J. Ewart*
Michael J. Ewart, WSBA #38655
Hemashree Subramaniam, WSBA #60347
999 Third Avenue, Suite 4600
Seattle, WA 98104
T: (206) 623-1745
E: jake.ewart@hcmp.com
hema.subramaniam@hcmp.com

*Attorneys for Plaintiff*

LAW OFFICES OF G. MICHAEL ZENO JR PS

By *s/ G. Michael Zeno, Jr.*
G. Michael Zeno, Jr.
135 Lake St S
Ste 257
Kirkland, WA 98033
T: 425-947-8050
E: mikez@zenolawfirm.com

ILLUMINATE LAW GROUP

Brian Michael Muchinsky
10500 NE 8th St.
Ste 850
Bellevue, WA 98004
T: 425-289-5555
E: bmuchinsky@illuminatelg.com

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED. All claims alleged by Plaintiff Ludmila Rodrigues Machado are hereby dismissed with prejudice and without attorneys' fees or costs awarded to any party. This action is hereby dismissed with prejudice in its entirety.

DATED this 20th day of November, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge